UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 20-00889JVS(DFMx) | Date | May 13, 2020 |
|---|---|---|---|
| Title | Intermarketing Media, LLC, et al v Brent David Barlow, et al | | |

| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |
|---|---|

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS]** ORDER STRIKING COMPLAINT

The Court has made a preliminary review of the Complaint. (Docket No. 1.)

Rule 8 of the Federal Rules of Civil Procedure call for "a short and plain statement of the claim[s]." (Fed. R. Civ. P. 8(a)(2).) The Complaint complies with neither requirement,

On its own motion, the Court strikes the complaint. Plaintiffs may replead within seven days.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |