**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Intermarketing Media, LLC, et al,<br><br>PLAINTIFF(S)<br>v.<br><br>Brent David Barlow, et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 20-889JVS(DFMx)<br><br>**ORDER RETURNING CASE**<br>**FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03.

5/19/20
Date

United States District Judge James V Selna

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge __Josephine L. Staton__ for all further proceedings.

☐ Pursuant to General Order 19-10, all discovery matters that are or may be referred to a magistrate judge are hereby reassigned from Magistrate Judge _____ to Program Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials __JLS (DFMx)__ after the case number in place of the initials of the prior judge so that the case number will read __8:20-cv-00889 JLS (DFMx)__. This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☒ Previous Judge    ☐ Statistics Clerk

CV-89 (11/19)                    ORDER RETURNING CASE FOR REASSIGNMENT