**THE ALTMAN LAW GROUP**
Bryan C. Altman (SBN 122976)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 277-8481
Fax: (310) 277-8483

**LAW OFFICES OF WILIAM I. ROTHBARD**
William I. Rothbard (SBN 72447)
2333 Canyonback Rd.
Los Angeles, CA  90049
Telephone: (310) 453-8713
Email: Bill@Rothbardlaw.com

Attorneys for Plaintiffs
Intermarketing Media, LLC d/b/a
Resort Advisory Group, Law Offices of David Alan Klein,
and David Alan Klein, Esquire

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERMARKETING MEDIA, LLC, a Wyoming limited liability company dba RESORT ADVISORY GROUP; LAW OFFICES OF DAVID ALAN KLEIN, P.C.; and DAVID ALAN KLEIN, ESQUIRE, | Case No.: 8:20-cv-00889-JLS (DFMx) |
| | **SUPPLEMENTAL DECLARATION OF CHRISTOPHER URNER IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |
| Plaintiffs, | |
| vs. | **Assigned To:  Hon. Josephine L. Staton**<br>**Courtroom: 10A** |
| BRENT DAVID BARLOW, an individual; BARLOW & ASSOCIATES, | Complaint Filed: May 18, 2020 |

-1-

1  a law firm; COOPERATIVE DISPUTE
   RESOLUTION SOCIETY (unknown
2  entity type/location); PHOENIX
3  INVESTMENTS ALLIANCE, LLC, a
   limited liability company; ATTFUND
4  (unknown entity type/location); CASE
5  IN CHIEF LLC, a California Limited
6  Liability Company; JOHN PRESSNEY,
   PAMELA PRESSNEY, HERMAN
7  ABEL, DEBORA ABEL, MORRIS
8  HANNAH, VIRGINIA HANNAH, LEE
   HARRIS TURK, BERNARDO
9  BETTINELLI, CAROL BETTINELLI,
10 LARI CASTLE, GILBERT CASTRO,
   EVA CASTRO, PAUL MARTNEZ,
11 RENEE MARTINEZ, ROBERT
12 ZIMMERMANN, MARY
13 ZIMMERMAN, GLENN PERLEY
   AND CONNIE PERLEY, each an
14 individual,

15
16              Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

1   I, Christopher Urner, declare as follows:

2      1.      I am an attorney licensed to practice in the State of California and am

3   counsel of record for Plaintiffs herein.

4      2.      I have personal knowledge of the facts set forth in this declaration and

5   could competently testify thereto, except where such facts are alleged on information

6   and belief, and as to those facts I believe them to be true.

7      3.      On May 19, 2020, I made additional affirmative steps to attempt to

8   notify and contact Brent David Barlow of the filing of both the Complaint and the

9   Temporary Restraining order.

10      4.      Counsel for Plaintiff was able to locate several alternate email

11   addresses previously utilized by Mr. Barlow for communication from searching the

12   Exhibits filed with both the Complaint and the Temporary Restraining Order with

13   an [redacted]@protonmail.com and [redacted]@tuta.io address.

14      5.      On May 19, 2020 at 9:14 a.m., I drafted a proper notice of the filing of

15   the temporary retraining order, including contact information for the clerk, and

16   attached an electronic copy of the filed TRO. These were sent to the two email

17   addresses listed above.

18      6.      On the same date at 9:20 a.m., I sent a third email of the exact same

19   notice and copy of the TRO to a third email address found for Mr. Barlow using an

20   [redacted]@barlowlegal.com email address.

21      7.      I requested that Mr. Barlow affirm by email whether he had received

22   the above attempts to notify him of the pendency of the Complaint and TRO filed

23   by Plaintiff. As of the time of this supplemental declaration, 11:55 a.m. on May 19,

24   2020, I have received no confirmation or communication from Mr. Barlow that he

25   had received the notification and electronic service copy of the TRO by email or

26   other means.

27      8.      As of the time of signing this supplemental declaration, I have not

28

-3-

1   received any rejection or failure to send messages in my inbox related to any of the
2   three (3) attempted contacts made by email to Mr. Barlow.
3
4        I declare under penalty of perjury under the laws of the state of California that
5   the foregoing is true and correct and that this declaration was executed on May 19,
6   2020, in Los Angeles California.
7
8                                              _____
9                                              Christopher Urner, Esq.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-