1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT 8**

# ATTORNEY ETHICS GRIEVANCE FORM

### Please Type Or Print Legibly All Information

**A.**    GRIEVANT: Mr./Mrs./Miss./Ms. (Circle One)

| Bettinelli | Bernardo | (NMI) |
|---|---|---|
| LAST NAME | FIRST | MIDDLE |

# Confidential

**B.**    THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:

| Klein | David | Alan |
|---|---|---|
| LAST NAME (INCLUDE SR., JR., III. ETC.) | FIRST | MIDDLE |

| Ten Grove Street | | | |
|---|---|---|---|
| OFFICE ADDRESS | STREET/P.O. BOX | | |
| Haddonfield | N.J. | 08033 | Camden |
| CITY | STATE | ZIP | COUNTY |

| (1) | IS THE SPECIFIC LAWYER COMPLAINED ABOUT YOUR LAWYER? | ___ YES  X NO |
|---|---|---|
| (2) | IF SO, DOES THIS LAWYER STILL REPRESENT YOU? | ___ YES ___ NO |
| (3) | IF NOT, DO YOU HAVE A NEW LAWYER? | ___ YES ___ NO |
| (4) | IF SO, WHO IS YOUR NEW LAWYER? _____ | |

**C.**    THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)

| | | | | | |
|---|---|---|---|---|---|
| ___ | Admiral/Maritime | (V) | ___ | International Law | (I) |
| ___ | Adoption/Name Change | (A) | ___ | Juvenile Delinquency | (J) |
| ___ | Bankruptcy/Insolvency/Foreclosure | (B) | ___ | Labor | (L) |
| ___ | Collection | (H) | ___ | Landlord/Tenant | (Q) |
| ___ | Contract | (K) | ___ | Negligence (Personal Injury) Property Damage | (N) |
| ___ | Corporation/Partnership Law | (X) | ___ | Patent/Trademark/Copyright | (P) |
| ___ | Criminal, Quasi-Criminal and Municipal Court | (C) | ___ | Real Estate | (R) |
| ___ | Domestic Relations (Divorce, Support, Custody) | (D) | ___ | Small Claims Court | (S) |
| ___ | Estate/Probate | (E) | ___ | Tax | (T) |
| ___ | Federal Remedies/Civil Rights | (F) | ___ | Workers' Compensation | (W) |
| ___ | Government Agency Problems (Local thru Federal) | (G) | ___ | Other Litigation (specify) _____ | (Y) |
| ___ | Immigration/Naturalization | (M) | ___ | Other Non-Litigation (specify) Running a criminal enterprise | (Z) |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING?    ___ YES    ___ NO

---

(This Section for Secretary's Use Only)

DOCKET NUMBER _____ DATE DOCKETED _____

---

** COMPLETE BOTH SIDES **

**D. OTHER RELATED COMPLAINTS OR LITIGATION:**

(1) Have you filed a complaint regarding this matter with law enforcement authorities or any other state or federal agency? __X__ YES ____ NO If yes, please state:

Name of Agency: Two District Attorneys and two U.S. Attorneys: See Attachment A

Contact Person: See Attachment A          Date Filed: 04/10/2020

Result: All criminal complaints RECEIVED; one criminal case / investigation confirmed

(2) Is the matter you are complaining about the subject of a pending civil law suit? ____ YES __X__ NO If yes, give name of Court _____

Docket Number: _____ County: _____

**E. NATURE OF GRIEVANCE:**

State what the lawyer did or failed to do which may be unethical. State all relevant FACTS including dates, times, places and names and addresses of important witnesses. Attach copies of important letters and documents.

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (formerly located in San Diego County, Calif., now Orange County, Calif.), who by deception with intent to defraud me of money, sold me for $11,205.00, "services" which I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter). Upon discovery of the fraud Complainant on February 19, 2020, made written demand of David Alan Klein by USPS Priority Mail 9114 9014 9645 0948 3697 58 for return of the swindled funds, immediately upon receipt of which David Alan Klein sent me a fraudulent letter (mail fraud) attached hereto as Attachment B. FACTS: See enclosed criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the San Diego and Orange County, Calif., District Attorneys and U.S. Attorneys for the Southern District of California and District of New Jersey April 10, 2020, by USPS Registered Mail (Proof of Delivery included).

(Use Additional Sheets if Necessary)

**F. INVESTIGATIVE CONFIDENTIALITY**

The Supreme Court of New Jersey has held that persons who file grievances "may speak publicly regarding the fact that a grievance was filed, the content of that grievance, and the result of the process." Since disciplinary officials are required by *Rule* 1:20-9(h) to maintain the confidentiality of the investigation process and may neither speak about the case nor release any documents, until and unless a formal complaint is issued and served, you must also keep confidential any documents you may receive during the course of the investigation of your grievance.

To protect the integrity of the investigation process, we recommend that you, as well as all witnesses, not speak about the case other than to disciplinary officials while the matter is under investigation. So long as you maintain the confidentiality of the investigation process, you have immunity from suit for anything you say or write to disciplinary officials. However, the Supreme Court has stated that you "are not immune for statements made outside the context of a disciplinary matter, such as to the media or in another public forum." *R.M. v. Supreme Court of New Jersey, 185 N.J. 208* (2005).

Date: Apr. 27, 2020                    _Bernard Bettin_ll.
                                        Signature

> PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE PROCEDURES AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS SECRETARY.

**PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS.**

# Attachment A

1. Agency:     San Diego County, California, District Attorney's Office
   Contact person: Summer Stephan
   Date filed: Criminal complaint filed April 10, 2020, by USPS Registered Mail RB 414 473 474 US
   Result: Ongoing criminal investigation; Case No. 2020CS0014; received by San Diego County D.A. 8:09 A.M. April 15, 2020 (Proof of Delivery attached)

2. Agency:     Orange County, California, District Attorney's Office
   Contact person: Todd Spitzer
   Date filed: Criminal complaint filed April 10, 2020, by USPS Registered Mail RB 414 473 488 US
   Result: Received by San Diego County D.A. 8:41 A.M. April 16, 2020 (Proof of Delivery attached)

3. Agency:     U.S. Attorney for the Southern District of California
   Contact person: Robert S. Brewer, Jr.
   Date filed: Criminal complaint filed April 10, 2020, by USPS Registered Mail RB 414 473 491 US
   Result: Received by U.S. Attorney 2:17 P.M. April 14, 2020 (Proof of Delivery attached)

4. Agency:     U.S. Attorney for the District of New Jersey
   Contact person: Craig Carpenito
   Date filed: Criminal complaint filed April 10, 2020, by USPS Registered Mail RR 522 099 796 US
   Result: Received by U.S. Attorney 1:20 P.M. April 17, 2020 (Proof of Delivery attached)



**RESORT ADVISORY**
GROUP

27201 Puerta Real Ste. 300 Mission Viejo, CA 92691
(949) 298-6896 | www.resortag.com

### Resolution Letter

**February 21, 2020**

**Bernardo & Carol Bettinelli**

# Confidential

Dear Bernardo & Carol Bettinelli,

Resort Advisory Group is happy to announce that you have officially been released from your contractual obligation to **Hilton Grand Vacations**. We would like to be the first to say, congratulations on your victory!

Moving forward, we recommend that you continue to monitor your credit for six to twelve months and continue to send Resort Advisory Group any written correspondence that you may receive from **Hilton Grand Vacations** or the credit bureaus after the release.

We want to thank you for your diligent efforts and patience throughout this process. It has been a joy to serve you and we wish you the best in your future endeavors!

Sincerely,

The Resort Advisory Team

## Attachment B

## ATTORNEY ETHICS GRIEVANCE FORM

### Please Type Or Print Legibly All Information

**A.**  GRIEVANT: Mr./Mrs./Miss./Ms. (Circle One)

| Abel | Herman | David |
|---|---|---|
| LAST NAME | FIRST | MIDDLE |

# Confidential

**B.**  THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:

| Klein | David | | Alan |
|---|---|---|---|
| LAST NAME (INCLUDE SR., JR., III, ETC.) | FIRST | | MIDDLE |

| Ten Grove Street | | | |
|---|---|---|---|
| OFFICE ADDRESS | STREET/P.O. BOX | | |

| Haddonfield | NJ | 08033 | Camden |
|---|---|---|---|
| CITY | STATE | ZIP | COUNTY |

(1) IS THE SPECIFIC LAWYER COMPLAINED ABOUT YOUR LAWYER? \_\_\_ YES ☒NO
(2) IF SO, DOES THIS LAWYER STILL REPRESENT YOU? \_\_\_ YES \_\_\_ NO
(3) IF NOT, DO YOU HAVE A NEW LAWYER? \_\_\_ YES ☒NO
(4) IF SO, WHO IS YOUR NEW LAWYER? _____

**C.**  THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)

| | | | | | |
|---|---|---|---|---|---|
| \_\_\_ | Admiral/Maritime | (V) | \_\_\_ | International Law | (I) |
| \_\_\_ | Adoption/Name Change | (A) | \_\_\_ | Juvenile Delinquency | (J) |
| \_\_\_ | Bankruptcy/Insolvency/Foreclosure | (B) | \_\_\_ | Labor | (L) |
| \_\_\_ | Collection | (H) | \_\_\_ | Landlord/Tenant | (Q) |
| \_\_\_ | Contract | (K) | \_\_\_ | Negligence (Personal Injury) Property Damage | (N) |
| \_\_\_ | Corporation/Partnership Law | (X) | \_\_\_ | Patent/Trademark/Copyright | (P) |
| \_\_\_ | Criminal, Quasi-Criminal and Municipal Court | (C) | \_\_\_ | Real Estate | (R) |
| \_\_\_ | Domestic Relations (Divorce, Support, Custody) | (D) | \_\_\_ | Small Claims Court | (S) |
| \_\_\_ | Estate/Probate | (E) | \_\_\_ | Tax | (T) |
| \_\_\_ | Federal Remedies/Civil Rights | (F) | \_\_\_ | Workers' Compensation | (W) |
| \_\_\_ | Government Agency Problems (Local thru Federal) | (G) | \_\_\_ | Other Litigation (specify) | (Y) |
| \_\_\_ | Immigration/Naturalization | (M) | \_\_\_ | Other Non-Litigation (specify) Running a criminal enterprise | (Z) |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING?  \_\_\_\_\_ YES  \_\_\_\_\_ NO

---

(This Section for Secretary's Use Only)

DOCKET NUMBER _____  DATE DOCKETED _____

---

**\*\* COMPLETE BOTH SIDES \*\***

**D.  OTHER RELATED COMPLAINTS OR LITIGATION:**

(1)  Have you filed a complaint regarding this matter with law enforcement authorities or any other state or federal agency?  ☒ YES ____ NO  If yes, please state:

Name of Agency: Multiple District Attorneys and one U.S. Attorney: See Attachment A

Contact Person: See Attachment A            Date Filed: 03/04/2020

Result: Criminal case opened

(2)  Is the matter you are complaining about the subject of a pending civil law suit? ____ YES ☒ NO  If yes, give name of Court _____

Docket Number: _____            County: _____

**E.  NATURE OF GRIEVANCE:**

State what the lawyer did or failed to do which may be unethical. State all relevant FACTS including dates, times, places and names and addresses of important witnesses. Attach copies of important letters and documents.

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (located in Orange County, California), who by deception with intent to defraud me of money, sold me for $19,500.00, alleged "services" which I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter) and who refused to return the swindled funds. One of the criminal offenses with which Mr. Klein is charged and of which there is evidence is called "criminal profiteering" in California, "racketeering" or "organized crime" in other states.

FACTS: See attached criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the appropriate authority.

(Use Additional Sheets if Necessary)

**F.  INVESTIGATIVE CONFIDENTIALITY**

The Supreme Court of New Jersey has held that persons who file grievances "may speak publicly regarding the fact that a grievance was filed, the content of that grievance, and the result of the process." Since disciplinary officials are required by *Rule* 1:20-9(h) to maintain the confidentiality of the investigation process and may neither speak about the case nor release any documents, until and unless a formal complaint is issued and served, you must also keep confidential any documents you may receive during the course of the investigation of your grievance.

To protect the integrity of the investigation process, we recommend that you, as well as all witnesses, not speak about the case other than to disciplinary officials while the matter is under investigation. So long as you maintain the confidentiality of the investigation process, you have immunity from suit for anything you say or write to disciplinary officials. However, the Supreme Court has stated that you "are not immune for statements made outside the context of a disciplinary matter, such as to the media or in another public forum." *R.M. v. Supreme Court of New Jersey*, 185 N.J. 208 (2005).

Date: 4/20/20                    _____
                                            Signature

PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE PROCEDURES AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS SECRETARY.



PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS.

## Attachment A

1. Agency:          San Diego County, California, District Attorney's Office
   Contact person:  Summer Stephan
   Date filed:      March 4, 2020
   Result:          Criminal Case No. 2020CS0014


2. Agency:          Orange County, California, District Attorney's Office
   Contact person:  Todd Spitzer
   Date filed:      March 4, 2020
   Result:          Criminal complaint stamped "RECEIVED"


3. Agency:          U.S. Attorney's Office, Central District of California
   Contact person:  Robert S. Brewer, Jr.
   Date filed:      March 4, 2020
   Result:          Criminal complaint stamped "RECEIVED"


4. Agency:          Camden County, New Jersey, District Attorney's Office
   Contact person:  Jill S. Mayer
   Date filed:      Criminal complaint filed March 23, 2020, by USPS
                    Registered Mail RB 414 515 713 US
   Result:          Received by Camden County District Attorney March
                    27, 2020, Proof of Delivery attached

# ATTORNEY ETHICS GRIEVANCE FORM

**Please Type Or Print Legibly All Information**

A.  **GRIEVANT: Mr./Mrs./Miss./Ms. (Circle One)**

Martinez                          Renee                          Denise

LAST NAME                  FIRST                          MIDDLE

# Confidential

B.  **THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:**

Klein                                  David                          Alan

LAST NAME (INCLUDE SR., JR., III, ETC.)   FIRST         MIDDLE

Ten Grove Street

OFFICE ADDRESS                STREET/P.O. BOX

Haddonfield                  N.J.        08033          Camden

CITY                              STATE      ZIP            COUNTY

(1)  IS THE SPECIFIC LAWYER COMPLAINED ABOUT YOUR LAWYER?          YES ☒NO
(2)  IF SO, DOES THIS LAWYER STILL REPRESENT YOU?                        YES ___ NO
(3)  IF NOT, DO YOU HAVE A NEW LAWYER?                                  YES ___ NO
(4)  IF SO, WHO IS YOUR NEW LAWYER? _____

C.  **THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)**

| | | | | | |
|---|---|---|---|---|---|
| ___ | Admiral/Maritime | (V) | ___ | International Law | (I) |
| ___ | Adoption/Name Change | (A) | ___ | Juvenile Delinquency | (J) |
| ___ | Bankruptcy/Insolvency/Foreclosure | (B) | ___ | Labor | (L) |
| ___ | Collection | (H) | ___ | Landlord/Tenant | (Q) |
| ___ | Contract | (K) | ___ | Negligence (Personal Injury) Property Damage | (N) |
| ___ | Corporation/Partnership Law | (X) | ___ | Patent/Trademark/Copyright | (P) |
| ___ | Criminal, Quasi-Criminal and Municipal Court | (C) | ___ | Real Estate | (R) |
| ___ | Domestic Relations (Divorce, Support, Custody) | (D) | ___ | Small Claims Court | (S) |
| ___ | Estate/Probate | (E) | ___ | Tax | (T) |
| ___ | Federal Remedies/Civil Rights | (F) | ___ | Workers' Compensation | (W) |
| ___ | Government Agency Problems (Local thru Federal) | (G) | ___ | Other Litigation (specify) | (Y) |
| ___ | Immigration/Naturalization | (M) | ___ | Other Non-Litigation (specify) Running a criminal enterprise | (Z) |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING?          ___ YES          ___ NO

(This Section for Secretary's Use Only)

DOCKET NUMBER _____  DATE DOCKETED _____

** COMPLETE BOTH SIDES **

**D.     OTHER RELATED COMPLAINTS OR LITIGATION:**

(1)   Have you filed a complaint regarding this matter with law enforcement authorities or any other state or federal agency?   X  YES _____ NO  If yes, please state:

Name of Agency:  Two District Attorneys and two U.S. Attorneys: See Attachment A

Contact Person:  See Attachment A                    Date Filed: 04/10/2020

Result:  All criminal complaints RECEIVED; one criminal case / investigation confirmed

(2)   Is the matter you are complaining about the subject of a pending civil law suit? _____ YES  X  NO
If yes, give name of Court _____

Docket Number: _____   County: _____

**E.     NATURE OF GRIEVANCE:**

State what the lawyer did or failed to do which may be unethical.  State all relevant FACTS including dates, times, places and names and addresses of important witnesses. Attach copies of important letters and documents.

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (formerly located in San Diego County, California, and now in Orange County, California), who by deception with intent to defraud me of money, sold me for $13,397.68, "services" I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter). Upon discovery of the fraud Grievant on March 2, 2020, made written demand of David Alan Klein by USPS Priority Mail 9114 9014 9645 0948 3698 26 for return of the swindled funds, upon receipt of which demand David Alan Klein remained silent.

FACTS: See enclosed criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the San Diego and Orange County, California, District Attorneys and U.S. Attorneys for the Southern District of California and District of New Jersey April 10, 2020, by USPS Registered Mail (Proof of Delivery attached).

(Use Additional Sheets if Necessary)

**F.     INVESTIGATIVE CONFIDENTIALITY**

The Supreme Court of New Jersey has held that persons who file grievances "may speak publicly regarding the fact that a grievance was filed, the content of that grievance, and the result of the process." Since disciplinary officials are required by *Rule* 1:20-9(h) to maintain the confidentiality of the investigation process and may neither speak about the case nor release any documents, until and unless a formal complaint is issued and served, you must also keep confidential any documents you may receive during the course of the investigation of your grievance.

To protect the integrity of the investigation process, we recommend that you, as well as all witnesses, not speak about the case other than to disciplinary officials while the matter is under investigation. So long as you maintain the confidentiality of the investigation process, you have immunity from suit for anything you say or write to disciplinary officials. However, the Supreme Court has stated that you "are not immune for statements made outside the context of a disciplinary matter, such as to the media or in another public forum." *R.M. v. Supreme Court of New Jersey, 185 N.J. 208* (2005).

Date: April 30, 2020.                                 _____
                                                                              Signature

PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE PROCEDURES AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS SECRETARY.

PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS.

# Attachment A

1. Agency:          San Diego County, California, District Attorney's Office
   Contact person:  Summer Stephan
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RB 414 473 474 US
   Result:          Ongoing criminal investigation; Case No. 2020CS0014; received by
                    San Diego County D.A. 8:09 A.M. April 15, 2020 (Proof of Delivery
                    attached)


2. Agency:          Orange County, California, District Attorney's Office
   Contact person:  Todd Spitzer
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RB 414 473 488 US
   Result:          Received by San Diego County D.A. 8:41 A.M. April 16, 2020 (Proof
                    of Delivery attached)


3. Agency:          U.S. Attorney for the Southern District of California
   Contact person:  Robert S. Brewer, Jr.
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RB 414 473 491 US
   Result:          Received by U.S. Attorney 2:17 P.M. April 14, 2020 (Proof of
                    Delivery attached)


4. Agency:          U.S. Attorney for the District of New Jersey
   Contact person:  Craig Carpenito
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RR 522 099 796 US
   Result:          Received by U.S. Attorney 1:20 P.M. April 17, 2020 (Proof of
                    Delivery attached)

# ATTORNEY ETHICS GRIEVANCE FORM

### Please Type Or Print Legibly All Information

**A.** **GRIEVANT: Mr./Mrs./Miss./Ms. (Circle One)**

| Castle | Larilyn | Jeane |
|---|---|---|
| LAST NAME | FIRST | MIDDLE |

# Confidential

**B.** **THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:**

| Klein | | David | | Alan |
|---|---|---|---|---|
| LAST NAME (INCLUDE SR., JR., III, ETC.) | | FIRST | | MIDDLE |

| Ten Grove Street | | | |
|---|---|---|---|
| OFFICE ADDRESS | STREET/P.O. BOX | | |

| Haddonfield | N.J. | 08033 | Camden |
|---|---|---|---|
| CITY | STATE | ZIP | COUNTY |

(1) IS THE SPECIFIC LAWYER COMPLAINED ABOUT YOUR LAWYER?     YES ☒ NO
(2) IF SO, DOES THIS LAWYER STILL REPRESENT YOU?     ___ YES ___ NO
(3) IF NOT, DO YOU HAVE A NEW LAWYER?     ___ YES ___ NO
(4) IF SO, WHO IS YOUR NEW LAWYER? _____

**C.** **THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)**

| | | | | | |
|---|---|---|---|---|---|
| ___ | Admiral/Maritime | (V) | ___ | International Law | (I) |
| ___ | Adoption/Name Change | (A) | ___ | Juvenile Delinquency | (J) |
| ___ | Bankruptcy/Insolvency/Foreclosure | (B) | ___ | Labor | (L) |
| ___ | Collection | (H) | ___ | Landlord/Tenant | (Q) |
| ___ | Contract | (K) | ___ | Negligence (Personal Injury) Property Damage | (N) |
| ___ | Corporation/Partnership Law | (X) | ___ | Patent/Trademark/Copyright | (P) |
| ___ | Criminal, Quasi-Criminal and Municipal Court | (C) | ___ | Real Estate | (R) |
| ___ | Domestic Relations (Divorce, Support, Custody) | (D) | ___ | Small Claims Court | (S) |
| ___ | Estate/Probate | (E) | ___ | Tax | (T) |
| ___ | Federal Remedies/Civil Rights | (F) | ___ | Workers' Compensation | (W) |
| ___ | Government Agency Problems (Local thru Federal) | (G) | ___ | Other Litigation (specify) | (Y) |
| ___ | Immigration/Naturalization | (M) | ___ | Other Non-Litigation (specify) Running a criminal enterprise | (Z) |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING?     ___ YES     ___ NO

---

(This Section for Secretary's Use Only)

DOCKET NUMBER _____ DATE DOCKETED _____

---

** COMPLETE BOTH SIDES **

**D.     OTHER RELATED COMPLAINTS OR LITIGATION:**

(1)   Have you filed a complaint regarding this matter with law enforcement authorities or any other state
or federal agency?  _X_ YES _____NO  If yes, please state:

Name of Agency:  Two District Attorneys and two U.S. Attorneys: See Attachment A

Contact Person:  See Attachment A _____ Date Filed: 04/10/2020 _____

Result: All criminal complaints RECEIVED; one criminal case / investigation confirmed

(2)   Is the matter you are complaining about the subject of a pending civil law suit? _____ YES _X_ NO
If yes, give name of Court _____

Docket Number: _____ County: _____

**E.     NATURE OF GRIEVANCE:**

State what the lawyer did or failed to do which may be unethical.  State all relevant
FACTS including dates, times, places and names and addresses of important
witnesses. Attach copies of important letters and documents.

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory
Group (formerly located in San Diego County, California, and now in Orange County, California), who by
deception with intent to defraud me of money, sold me for $4,500.00, "services" I did not need and which
could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter).
Upon discovery of the fraud Complainant on February 5, 2020, made written demand of David Alan Klein by
USPS Priority Mail 9114 9014 9645 0948 4963 48 for return of the swindled funds, upon receipt of which
David Alan Klein remained silent.
FACTS: See enclosed criminal complaints sworn to as true, correct, and complete before an officer of the
state authorized to administer oaths, and lodged with the San Diego and Orange County, California, District
Attorneys and U.S. Attorneys for the Southern District of California and District of New Jersey April 10, 2020,
by USPS Registered Mail (Proof of Delivery attached).

(Use Additional Sheets if Necessary)

**F.     INVESTIGATIVE CONFIDENTIALITY**

The Supreme Court of New Jersey has held that persons who file grievances "may speak publicly regarding
the fact that a grievance was filed, the content of that grievance, and the result of the process."  Since disciplinary
officials are required by *Rule* 1:20-9(h) to maintain the confidentiality of the investigation process and may neither
speak about the case nor release any documents, until and unless a formal complaint is issued and served, you must
also keep confidential any documents you may receive during the course of the investigation of your grievance.

To protect the integrity of the investigation process, we recommend that you, as well as all witnesses, not
speak about the case other than to disciplinary officials while the matter is under investigation.  So long as you
maintain the confidentiality of the investigation process, you have immunity from suit for anything you say or write
to disciplinary officials.  However, the Supreme Court has stated that you "are not immune for statements made
outside the context of a disciplinary matter, such as to the media or in another public forum." *R.M. v. Supreme
Court of New Jersey, 185 N.J. 208* (2005).

Date: _April 29, 2020_ _____              _____
                                                                                                    Signature

| PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE PROCEDURES AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS SECRETARY. |

**PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS.**

# Attachment A

1. Agency:      San Diego County, California, District Attorney's Office
   Contact person:    Summer Stephan
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
   RB 414 473 474 US
   Result:       Ongoing criminal investigation; Case No. 2020CS0014; received by
   San Diego County D.A. 8:09 A.M. April 15, 2020 (Proof of Delivery
   attached)

2. Agency:      Orange County, California, District Attorney's Office
   Contact person:    Todd Spitzer
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
   RB 414 473 488 US
   Result:       Received by San Diego County D.A. 8:41 A.M. April 16, 2020 (Proof
   of Delivery attached)

3. Agency:      U.S. Attorney for the Southern District of California
   Contact person:    Robert S. Brewer, Jr.
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
   RB 414 473 491 US
   Result:       Received by U.S. Attorney 2:17 P.M. April 14, 2020 (Proof of
   Delivery attached)

4. Agency:      U.S. Attorney for the District of New Jersey
   Contact person:    Craig Carpenito
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
   RR 522 099 796 US
   Result:       Received by U.S. Attorney 1:20 P.M. April 17, 2020 (Proof of
   Delivery attached)

# ATTORNEY ETHICS GRIEVANCE FORM

### Please Type Or Print Legibly All Information

**A.**  **GRIEVANT: Mr./Mrs./Miss./Ms.** (Circle One)

| Perley | Glenn | Allen |
|---|---|---|
| LAST NAME | FIRST | MIDDLE |

Confidential

**B.**  **THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:**

| Klein | David | Alan |
|---|---|---|
| LAST NAME (INCLUDE SR., JR., III, ETC.) | FIRST | MIDDLE |

**Ten Grove Street**

| OFFICE ADDRESS | STREET/P.O. BOX | | |
|---|---|---|---|

| Haddonfield | N.J. | 08033 | Camden |
|---|---|---|---|
| CITY | STATE | ZIP | COUNTY |

(1)  IS THE SPECIFIC LAWYER COMPLAINED ABOUT YOUR LAWYER?  ___ YES X NO
(2)  IF SO, DOES THIS LAWYER STILL REPRESENT YOU?  ___ YES ___ NO
(3)  IF NOT, DO YOU HAVE A NEW LAWYER?  ___ YES ___ NO
(4)  IF SO, WHO IS YOUR NEW LAWYER? _____

**C.**  **THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)**

| | | | | | |
|---|---|---|---|---|---|
| ___ | Admiral/Maritime | (V) | ___ | International Law | (I) |
| ___ | Adoption/Name Change | (A) | ___ | Juvenile Delinquency | (J) |
| ___ | Bankruptcy/Insolvency/Foreclosure | (B) | ___ | Labor | (L) |
| ___ | Collection | (H) | ___ | Landlord/Tenant | (Q) |
| ___ | Contract | (K) | ___ | Negligence (Personal Injury) Property Damage | (N) |
| ___ | Corporation/Partnership Law | (X) | ___ | Patent/Trademark/Copyright | (P) |
| ___ | Criminal, Quasi-Criminal and Municipal Court | (C) | ___ | Real Estate | (R) |
| ___ | Domestic Relations (Divorce, Support, Custody) | (D) | ___ | Small Claims Court | (S) |
| ___ | Estate/Probate | (E) | ___ | Tax | (T) |
| ___ | Federal Remedies/Civil Rights | (F) | ___ | Workers' Compensation | (W) |
| ___ | Government Agency Problems (Local thru Federal) | (G) | ___ | Other Litigation (specify) | (Y) |
| ___ | Immigration/Naturalization | (M) | ___ | Other Non-Litigation (specify) Running a criminal enterprise | (Z) |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING?  ___ YES  ___ NO

(This Section for Secretary's Use Only)

DOCKET NUMBER _____ DATE DOCKETED _____

** COMPLETE BOTH SIDES **

OAE 03/06 - CN 10952  page 1 of 2

**D.    OTHER RELATED COMPLAINTS OR LITIGATION:**

(1)  Have you filed a complaint regarding this matter with law enforcement authorities or any other state
or federal agency?  _X_ YES ____ NO  If yes, please state:

Name of Agency:  Two District Attorneys and two U.S. Attorneys: See Attachment A

Contact Person:  See Attachment A              Date Filed: 04/10/2020

Result:  All criminal complaints RECEIVED; one criminal case / investigation confirmed

(2)  Is the matter you are complaining about the subject of a pending civil law suit? ____ YES _X_ NO
If yes, give name of Court

Docket Number: _____ County: _____

**E.    NATURE OF GRIEVANCE:**

State what the lawyer did or failed to do which may be unethical.  State all relevant
FACTS including dates, times, places and names and addresses of important
witnesses. Attach copies of important letters and documents.

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory
Group (formerly located in San Diego County, California, and now in Orange County, California), who by
deception with intent to defraud me of money, sold me for $33,075.00, "services" I did not need and which
could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter).
For the purpose of executing said fraud, David Alan Klein on June 29, 2018, sent Grievant by wire
communication in interstate commerce certain writings, attached hereto as, collectively, Attachment B.

FACTS: See enclosed criminal complaints sworn to as true, correct, and complete before an officer of the
state authorized to administer oaths, and lodged with the San Diego and Orange County, California, District
Attorneys and U.S. Attorneys for the Southern District of California and District of New Jersey April 10, 2020,
by USPS Registered Mail (Proof of Delivery attached).

(Use Additional Sheets if Necessary)

**F.    INVESTIGATIVE CONFIDENTIALITY**

The Supreme Court of New Jersey has held that persons who file grievances "may speak publicly regarding
the fact that a grievance was filed, the content of that grievance, and the result of the process." Since disciplinary
officials are required by *Rule* 1:20-9(h) to maintain the confidentiality of the investigation process and may neither
speak about the case nor release any documents, until and unless a formal complaint is issued and served, you must
also keep confidential any documents you may receive during the course of the investigation of your grievance.

To protect the integrity of the investigation process, we recommend that you, as well as all witnesses, not
speak about the case other than to disciplinary officials while the matter is under investigation. So long as you
maintain the confidentiality of the investigation process, you have immunity from suit for anything you say or write
to disciplinary officials. However, the Supreme Court has stated that you "are not immune for statements made
outside the context of a disciplinary matter, such as to the media or in another public forum." *R.M. v. Supreme
Court of New Jersey, 185 N.J. 208* (2005).

Date: _____              _____

                                                    Signature

PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE PROCEDURES
AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS SECRETARY.

PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS.

# Attachment A

1.  Agency:          San Diego County, California, District Attorney's Office
    Contact person:  Summer Stephan
    Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                     RB 414 473 474 US
    Result:          Ongoing criminal investigation; Case No. 2020CS0014; received by
                     San Diego County D.A. 8:09 A.M. April 15, 2020 (Proof of Delivery
                     attached)


2.  Agency:          Orange County, California, District Attorney's Office
    Contact person:  Todd Spitzer
    Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                     RB 414 473 488 US
    Result:          Received by San Diego County D.A. 8:41 A.M. April 16, 2020 (Proof
                     of Delivery attached)


3.  Agency:          U.S. Attorney for the Southern District of California
    Contact person:  Robert S. Brewer, Jr.
    Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                     RB 414 473 491 US
    Result:          Received by U.S. Attorney 2:17 P.M. April 14, 2020 (Proof of
                     Delivery attached)


4.  Agency:          U.S. Attorney for the District of New Jersey
    Contact person:  Craig Carpenito
    Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                     RR 522 099 796 US
    Result:          Received by U.S. Attorney 1:20 P.M. April 17, 2020 (Proof of
                     Delivery attached)

ATTACHMENT B

Please sign General End of Services Release Clients

From:  Eric Kittler (echosign@echosign.com)

To:        @yahoo.com

Date:  Friday, June 29, 2018, 08:02 PM PDT

 Adobe Sign

# Eric Kittler Has Sent You **General End of Services Release Clients** to Sign

Eric Kittler (Resort Advisory Group) says:
*"Please review and complete General End of
Services Release Clients. Please review and submit,
but one at a time. Please sign where indicated, and
then click the button that appears at the bottom
to submit the document. It will then be sent back
to this very same email inbox. Have you spouse
open and sign beneath your signature.*

*Thank you,. "*

Click here to review and sign General End of
Services Release Clients.

After you sign **General End of Services Release
Clients**, the agreement will be sent to
**cgperley3@yahoo.com.** Then, all parties will
receive a final PDF copy by email.

If you need to delegate this document to an
authorized party for signature, **please do not
forward this email.** Instead, click here to delegate.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

Please sign General End of Services Release Clients

From: Eric Kittler (echosign@echosign.com)

To:          @yahoo.com

Date: Friday, June 29, 2018, 08:02 PM PDT

 Adobe Sign

# Eric Kittler Has Sent You **General End of Services Release Clients** to Sign

Eric Kittler (Resort Advisory Group) says:
*"Please review and complete General End of Services Release Clients, but one at a time. Sign where indicated, and the click the button to submit the document.*

*It will then be sent back to this same email inbox, but when you open it up, you will see your spouse's signature already there. Sign underneath your spouse.*

*Thank you. "*

Click here to review and sign General End of Services Release Clients.

After you sign **General End of Services Release Clients**, the agreement will be sent to **cgperley3@yahoo.com.** Then, all parties will receive a final PDF copy by email.

If you need to delegate this document to an authorized party for signature, **please do not forward this email.** Instead, click here **to delegate.**

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.



# Release and Settlement Agreement

This Release and Settlement Agreement is made on __June 29th, 2018__ by and among
__Glenn A. Perley and Connie L. Theunick-Perley__ ("Clients") and/or any successors and Resort
Advisory Group ("RA-Group"). The Clients and RA-Group (collectively, the "Parties")
desire fully, finally and forever to resolve, discharge, and release any and all claims
arising under or related to the subject matter of the Services Agreement entered into
by RA-Group and the Clients on __June 21, 2017__ on the terms and
conditions of this Release and Settlement Agreement as follows:

Now therefore, for and in consideration of the mutual covenants contained in
this Release and Settlement Agreement, the receipt and adequacy of which are hereby
acknowledged, the Clients and RA-Group, each intending to be legally bound, hereby
agree as follows:

1. **Releases**
   a. The term of the Services Agreement, Section 2 Term; (i), is considered
      satisfied and achieved and no further Services are to be performed nor
      expected from RA-Group.
   b. Section 5 Guarantee, the Clients agree that since the Services Agreement
      is considered satisfied and achieved, this section is then considered
      discharged and released.

2. **Acknowledgement and Absence of Claims**
   The Clients acknowledge final and complete settlement and satisfaction of the
   Services Agreement, and acknowledge final and complete settlement and
   satisfaction of all Activities.

### 3. Miscellaneous

The Parties are bound by this mutual release and Settlement agreement. Anyone who succeeds to the Parties' respective rights and responsibilities such as, but not limited to, heirs or the executor of the Parties' estates, as well as any successor entities, are also bound. This Mutual Release and Settlement Agreement is made for the benefit of the Parties and shall inure to the benefit of all who succeed to their rights and responsibilities.

   a. This Mutual Release and Settlement Agreement shall be governed by, and construed in accordance with, the laws of the State of California applicable to agreements made and to be performed within such state.

   b. This Mutual Release and Settlement Agreement represents the entire agreement and understanding among the Parties hereto and no oral or written representations or promises have been made with respect thereto. This Mutual Release and Settlement Agreement may not be modified or altered orally. Any changes or modifications to this Mutual Release and Settlement Agreement shall be in writing and signed by all parties.

   c. The Parties have read this Mutual Release and Settlement Agreement and understand its terms and conditions and agree to be bound by the same.

   d. This document may be signed in any number of counterparts with the same effect as if the signatures thereto and hereto were made on the same instrument. The facsimile transmission of a signed copy of this document shall constitute delivery of the signed document. This Mutual Release and Settlement Agreement will become effective when counterparts have been signed by all of the parties.

   e. The Parties represent and acknowledge that they have read this entire Mutual Release and Settlement Agreement, fully understand all of its terms and effects, and are entering into it knowingly, voluntarily, and of their own free will. The Parties further represent and acknowledge that none of the parties have made any representations, statements, promises, inducements, threats, or suggestions to influence them to sign this document, except those statements which are expressly set forth herein.

READ, AGREED TO AND ACCEPTED BY:

Resort Advisory Croup                                    "Clients"

*Eric Kittler*
By: Eric Kittler (Jun 29, 2018)                          Sign: _____
An Authorized Signatory

Print: Eric Kittler                                      Print: _____

Date: Jun 29, 2018                                       Date: _____


                                                         Sign: _____

                                                         Print: _____

                                                         Date: _____

# ATTORNEY ETHICS GRIEVANCE FORM

### Please Type Or Print Legibly All Information

A. **GRIEVANT: Mr./Mrs./Miss./Ms.** (Circle One)

| Turk | Lee | Harris |
|------|-----|--------|
| LAST NAME | FIRST | MIDDLE |

# Confidential

B. **THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:**

| Klein | David | | Alan |
|-------|-------|---|------|
| LAST NAME (INCLUDE SR., JR., III, ETC.) | FIRST | | MIDDLE |

Ten Grove Street

| OFFICE ADDRESS | STREET/P.O. BOX | | |
|----------------|-----------------|---|---|
| Haddonfield | NJ | 08033 | Camden |
| CITY | STATE | ZIP | COUNTY |

(1) IS THE SPECIFIC LAWYER COMPLAINED ABOUT YOUR LAWYER? ___ YES ☒NO
(2) IF SO, DOES THIS LAWYER STILL REPRESENT YOU? ___ YES ___ NO
(3) IF NOT, DO YOU HAVE A NEW LAWYER? ___ YES ☒NO
(4) IF SO, WHO IS YOUR NEW LAWYER? _____

C. **THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)**

| | | | | | |
|---|---|---|---|---|---|
| ___ | Admiral/Maritime | (V) | ___ | International Law | (I) |
| ___ | Adoption/Name Change | (A) | ___ | Juvenile Delinquency | (J) |
| ___ | Bankruptcy/Insolvency/Foreclosure | (B) | ___ | Labor | (L) |
| ___ | Collection | (H) | ___ | Landlord/Tenant | (Q) |
| ___ | Contract | (K) | ___ | Negligence (Personal Injury) Property Damage | (N) |
| ___ | Corporation/Partnership Law | (X) | ___ | Patent/Trademark/Copyright | (P) |
| ___ | Criminal, Quasi-Criminal and Municipal Court | (C) | ___ | Real Estate | (R) |
| ___ | Domestic Relations (Divorce, Support, Custody) | (D) | ___ | Small Claims Court | (S) |
| ___ | Estate/Probate | (E) | ___ | Tax | (T) |
| ___ | Federal Remedies/Civil Rights | (F) | ___ | Workers' Compensation | (W) |
| ___ | Government Agency Problems (Local thru Federal) | (G) | ___ | Other Litigation (specify) | (Y) |
| ___ | Immigration/Naturalization | (M) | ___ | Other Non-Litigation (specify) Running a criminal enterprise | (Z) |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING? ___ YES ___ NO

---

(This Section for Secretary's Use Only)

DOCKET NUMBER _____ DATE DOCKETED _____

---

** COMPLETE BOTH SIDES **

---

**D. OTHER RELATED COMPLAINTS OR LITIGATION:**

(1) Have you filed a complaint regarding this matter with law enforcement authorities or any other state or federal agency? _X_ YES ____ NO If yes, please state:

Name of Agency: Multiple District Attorneys and one U.S. Attorney: See Attachment A

Contact Person: See Attachment A          Date Filed: 03/04/2020

Result: Criminal case opened

(2) Is the matter you are complaining about the subject of a pending civil law suit? ____ YES _X_ NO If yes, give name of Court _____

Docket Number: _____ County: _____

**E. NATURE OF GRIEVANCE:**

State what the lawyer did or failed to do which may be unethical. State all relevant FACTS including dates, times, places and names and addresses of important witnesses. Attach copies of important letters and documents.

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (located in Orange County, California), who by deception with intent to defraud me of money, sold me for $78,500.00 alleged "services" which I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter) and who refused to return the swindled funds. One of the criminal offenses with which Mr. Klein is charged and of which there is evidence is called "criminal profiteering" in California, "racketeering" or "organized crime" in other states.

FACTS: See attached criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the appropriate authority.

(Use Additional Sheets if Necessary)

**F. INVESTIGATIVE CONFIDENTIALITY**

The Supreme Court of New Jersey has held that persons who file grievances "may speak publicly regarding the fact that a grievance was filed, the content of that grievance, and the result of the process." Since disciplinary officials are required by *Rule* 1:20-9(h) to maintain the confidentiality of the investigation process and may neither speak about the case nor release any documents, until and unless a formal complaint is issued and served, you must also keep confidential any documents you may receive during the course of the investigation of your grievance.

To protect the integrity of the investigation process, we recommend that you, as well as all witnesses, not speak about the case other than to disciplinary officials while the matter is under investigation. So long as you maintain the confidentiality of the investigation process, you have immunity from suit for anything you say or write to disciplinary officials. However, the Supreme Court has stated that you "are not immune for statements made outside the context of a disciplinary matter, such as to the media or in another public forum." *R.M. y. Supreme Court of New Jersey, 185 N.J. 208* (2005).

Date: 4.16.20                                    _____
                                                        Signature

PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE PROCEDURES AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS SECRETARY.

PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS.

## Attachment A

1. Agency:          San Diego County, California, District Attorney's Office
   Contact person:  Summer Stephan
   Date filed:      Criminal complaint filed March 20, 2020, by USPS
                    Registered Mail RR 522 099 819 US
   Result:          Ongoing criminal investigation, Case No. 2020CS0014,
                    Received by San Diego County DA March 24, 2020,
                    Proof of Delivery attached

2. Agency:          Orange County, California, District Attorney's Office
   Contact person:  Todd Spitzer
   Date filed:      Criminal complaint filed March 20, 2020, by USPS
                    Registered Mail RR 522 099 822 US
   Result:          Received by Orange County DA March 24, 2020, Proof
                    of Delivery attached

3. Agency:          U.S. Attorney's Office, Central District of California
   Contact person:  Robert S. Brewer, Jr.
   Date filed:      Criminal complaint filed March 20, 2020, by USPS
                    Registered Mail RR 522 099 836 US
   Result:          Received by U.S. Attorney March 24, 2020, Proof of
                    Delivery attached

4. Agency:          Camden County, New Jersey, District Attorney's Office
   Contact person:  Jill S. Mayer
   Date filed:      Criminal complaint filed March 23, 2020, by USPS
                    Registered Mail RB 414 515 713 US
   Result:          Received by Camden County DA March 27, 2020, Proof
                    of Delivery attached

Form DB-2
Rev. 12/13/2017

# THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

## COMPLAINT FORM

*(Please Type or Print)*                                              Date: _____

## YOUR INFORMATION:

Mr./Mrs.
Name: Miss/Ms. *Last:* Abel                    *First:* Herman        *MI:* D.    *Suffix:* _____

Address: *Street:* Confidential

Telephone: Confidential          Email: Confidential

## ATTORNEY COMPLAINED OF:

Name: *Last:* Klein                    *First:* David        *MI:* A    *Suffix:* _____

Office Address: *Street:* 1526 Pine Street    *City:* Philadelphia    *State:* PA *ZIP:* 19103

Telephone: (856) 428-3383          County: Philadelphia

## LITIGATION:

If the attorney complained of represented or represents you in litigation (civil or criminal) please provide the caption, court, and docket number of the case.

_____

_____

## PRIOR COMPLAINTS CONCERNING THIS MATTER OR THIS ATTORNEY:

Have you previously filed a complaint concerning this matter or this attorney with the Disciplinary Board, a Bar Association or its Fee Dispute Committee, any District Justice, Court, District Attorney, or any other agency or office?

YES ■   NO ☐.   If so, please identify the agency and specify the date and nature of your complaint and the action taken by the agency:

(1) San Diego County, Cal. DA; filed March 4, 2020; Criminal Case No. 2020CS0014. (2) Orange County, Cal. DA; filed March 4, 2020;

criminal complaint stamped "RECEIVED". (3) U.S. Attorney, Southern District of California; filed March 4, 2020, criminal complaint stamped

"RECEIVED". (4) Camden County, NJ District Attorney's Office; mailed by USPS Registered Mail RB 414 515 713 US; received March 27, 2020.

**INSTRUCTIONS:**

A written and signed statement of the facts must be filed with the Disciplinary Board before your complaint can be considered. Therefore, under *Statement of Complaint*, please fully and completely set forth the facts and circumstances of your complaint, including relevant dates, contacts you made with the attorney, the fee arrangement, dates and amounts paid to the attorney, services to be performed, the names and addresses of other individuals involved in the legal matter, *exactly what conduct you believe is unethical or illegal*, etc.

*Please attach copies of all correspondence and/or documents relating to your case.* If you send original documents and wish them returned to you, check here _____. If you have not attached any documentation, please explain why:

_____

_____

**STATEMENT OF COMPLAINT:** (Note: Attach as many additional pages as necessary to fully set forth all of the relevant facts and circumstances surrounding your complaint.)

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (located in Orange County, California), who by deception with intent to defraud me of money, sold me for $19,500.00, alleged "services" which I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter) and who refused to return the swindled funds. One of the criminal offenses with which Mr. Klein is charged and of which there is evidence is called "criminal profiteering" in California, "racketeering" or "organized crime" in other states.

FACTS: See attached criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the appropriate authority.

**CONFIDENTIALITY:**

Staff of the Office of Disciplinary Counsel (ODC) and the Board are required to maintain the confidentiality of complaints and related investigations and proceedings unless and until one of the exceptions to confidentiality, as set forth in Enforcement Rule 402, applies. ODC staff may interview the respondent-attorney or other persons who may have information that is relevant to your complaint, and may disclose information when disclosure is permitted or required by Court or Board Rules.

**IMMUNITY:**

Enforcement Rule 209(a) provides that any person who communicates with Disciplinary Counsel or the Board relating to misconduct by a respondent-attorney or gives testimony before a hearing committee or special master in a proceeding conducted pursuant to the Enforcement Rules, shall be immune from civil suit based upon such communication or testimony.

4/20/20
(Date)

(Your Signature)

Form DB-2
Rev. 12/13/2017

# THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

## COMPLAINT FORM

*(Please Type or Print)*                                        Date: __April 24, 2020__

## YOUR INFORMATION:

Mr./Mrs.
Name: Miss/Ms. *Last:* __Bettinelli__          *First:* __Bernardo__          *MI:* __(NMI)__ *Suffix:* ____

Address: *St* **Confidential**

Telephone:

## ATTORNEY COMPLAINED OF:

Name: *Last:* __Klein__          *First:* __David__          *MI:* __A.__ *Suffix:* ____

Office Address: *Street:* __1526 Pine Street__   *City:* __Philadelphia__   *State:* __PA__ *ZIP:* __19103__

Telephone: __(856) 428-3353__          County: __Philadelphia__

## LITIGATION:

If the attorney complained of represented or represents you in litigation (civil or criminal) please provide the caption, court, and docket number of the case.

N/A

## PRIOR COMPLAINTS CONCERNING THIS MATTER OR THIS ATTORNEY:

Have you previously filed a complaint concerning this matter or this attorney with the Disciplinary Board, a Bar Association or its Fee Dispute Committee, any District Justice, Court, District Attorney, or any other agency or office?

YES ■ NO ☐ . If so, please identify the agency and specify the date and nature of your complaint and the action taken by the agency:

See Attachment A.

**INSTRUCTIONS:**

A written and signed statement of the facts must be filed with the Disciplinary Board before your complaint can be considered. Therefore, under *Statement of Complaint*, please fully and completely set forth the facts and circumstances of your complaint, including relevant dates, contacts you made with the attorney, the fee arrangement, dates and amounts paid to the attorney, services to be performed, the names and addresses of other individuals involved in the legal matter, *exactly what conduct you believe is unethical or illegal*, etc.

*Please attach copies of all correspondence and/or documents relating to your case.* If you send original documents and wish them returned to you, check here _____. If you have not attached any documentation, please explain why:

_____

_____

**STATEMENT OF COMPLAINT:** (Note: Attach as many additional pages as necessary to fully set forth all of the relevant facts and circumstances surrounding your complaint.)

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (formerly located in San Diego County, California, now in Orange County, California), who by deception with intent to defraud me of money, sold me for $11,205.00, "services" which I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter).  Upon discovery of the fraud Complainant on February 19, 2020, made written demand of David Alan Klein by USPS Priority Mail 9114 9014 9645 0948 3697 58 for return of the swindled funds, evidently immediately upon receipt of which (same day), David Alan Klein sent me a fraudulent letter (mail fraud), attached hereto as Attachment B.

FACTS: See enclosed criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the San Diego and Orange County, California, District Attorneys and U.S. Attorneys for the Southern District of California and District of New Jersey April 10, 2020, by USPS Registered Mail (Proof of Delivery included).

**CONFIDENTIALITY:**

Staff of the Office of Disciplinary Counsel (ODC) and the Board are required to maintain the confidentiality of complaints and related investigations and proceedings unless and until one of the exceptions to confidentiality, as set forth in Enforcement Rule 402, applies.  ODC staff may interview the respondent-attorney or other persons who may have information that is relevant to your complaint, and may disclose information when disclosure is permitted or required by Court or Board Rules.

**IMMUNITY:**

Enforcement Rule 209(a) provides that any person who communicates with Disciplinary Counsel or the Board relating to misconduct by a respondent-attorney or gives testimony before a hearing committee or special master in a proceeding conducted pursuant to the Enforcement Rules, shall be immune from civil suit based upon such communication or testimony.

april 27, 2020
(Date)

Bernardo Bettinelli
(Your Signature)

# Attachment A

1. Agency:          San Diego County, California, District Attorney's Office
   Contact person:  Summer Stephan
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RB 414 473 474 US
   Result:          Ongoing criminal investigation; Case No. 2020CS0014; received by
                    San Diego County D.A. 8:09 A.M. April 15, 2020 (Proof of Delivery
                    attached)


2. Agency:          Orange County, California, District Attorney's Office
   Contact person:  Todd Spitzer
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RB 414 473 488 US
   Result:          Received by San Diego County D.A. 8:41 A.M. April 16, 2020 (Proof
                    of Delivery attached)


3. Agency:          U.S. Attorney for the Southern District of California
   Contact person:  Robert S. Brewer, Jr.
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RB 414 473 491 US
   Result:          Received by U.S. Attorney 2:17 P.M. April 14, 2020 (Proof of
                    Delivery attached)


4. Agency:          U.S. Attorney for the District of New Jersey
   Contact person:  Craig Carpenito
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RR 522 099 796 US
   Result:          Received by U.S. Attorney 1:20 P.M. April 17, 2020 (Proof of
                    Delivery attached)



**RESORT ADVISORY**
GROUP

27201 Puerta Real Ste. 300 Mission Viejo, CA 92691
(949) 298-6896 | www.resortag.com

## Resolution Letter

February 21, 2020

Bernardo & Carol Bettinelli

# Confidential

Dear Bernardo & Carol Bettinelli,

Resort Advisory Group is happy to announce that you have officially been released from your contractual obligation to **Hilton Grand Vacations**. We would like to be the first to say, congratulations on your victory!

Moving forward, we recommend that you continue to monitor your credit for six to twelve months and continue to send Resort Advisory Group any written correspondence that you may receive from **Hilton Grand Vacations** or the credit bureaus after the release.

We want to thank you for your diligent efforts and patience throughout this process. It has been a joy to serve you and we wish you the best in your future endeavors!

Sincerely,

The Resort Advisory Team

# Attachment B

Form DB-2
Rev. 12/13/2017

# THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

## COMPLAINT FORM

*(Please Type or Print)*

Date: April 24, 2020

## YOUR INFORMATION:

Mr./Mrs.
Name: Miss/Ms. *Last:* Castle          *First:* Larilyn          *MI:* J.          *Suffix:* _____

Address: *Str* Confidential

Telephone: _____

## ATTORNEY COMPLAINED OF:

Name: *Last:* Klein          *First:* David          *MI:* A.          *Suffix:* _____

Office Address: *Street:* 1526 Pine Street          *City:* Philadelphia          *State:* PA          *ZIP:* 19103

Telephone: (856) 428-3353          County: Philadelphia

## LITIGATION:

If the attorney complained of represented or represents you in litigation (civil or criminal) please provide the caption, court, and docket number of the case.

N/A

## PRIOR COMPLAINTS CONCERNING THIS MATTER OR THIS ATTORNEY:

Have you previously filed a complaint concerning this matter or this attorney with the Disciplinary Board, a Bar Association or its Fee Dispute Committee, any District Justice, Court, District Attorney, or any other agency or office?

YES ☒   NO ☐ . If so, please identify the agency and specify the date and nature of your complaint and the action taken by the agency:

See Attachment A.

**INSTRUCTIONS:**

A written and signed statement of the facts must be filed with the Disciplinary Board before your complaint can be considered. Therefore, under *Statement of Complaint*, please fully and completely set forth the facts and circumstances of your complaint, including relevant dates, contacts you made with the attorney, the fee arrangement, dates and amounts paid to the attorney, services to be performed, the names and addresses of other individuals involved in the legal matter, *exactly what conduct you believe is unethical or illegal*, etc.

*Please attach copies of all correspondence and/or documents relating to your case*. If you send original documents and wish them returned to you, check here _____. If you have not attached any documentation, please explain why:

_____

_____

**STATEMENT OF COMPLAINT:** (Note: Attach as many additional pages as necessary to fully set forth all of the relevant facts and circumstances surrounding your complaint.)

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (formerly located in San Diego County, California, now in Orange County, California), who by deception with intent to defraud me of money, sold me for $4,500.00, "services" I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter). Upon discovery of the fraud Complainant on February 5, 2020, made written demand of David Alan Klein by USPS Priority Mail 9114 9014 9645 0948 4963 48 for return of swindled funds, to which demand David Alan Klein remained silent.

FACTS: See enclosed criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the San Diego and Orange County, California, District Attorneys and U.S. Attorneys for the Southern District of California and District of New Jersey April 10, 2020, by USPS Registered Mail (Proof of Delivery attached).

**CONFIDENTIALITY:**

Staff of the Office of Disciplinary Counsel (ODC) and the Board are required to maintain the confidentiality of complaints and related investigations and proceedings unless and until one of the exceptions to confidentiality, as set forth in Enforcement Rule 402, applies. ODC staff may interview the respondent-attorney or other persons who may have information that is relevant to your complaint, and may disclose information when disclosure is permitted or required by Court or Board Rules.

**IMMUNITY:**

Enforcement Rule 209(a) provides that any person who communicates with Disciplinary Counsel or the Board relating to misconduct by a respondent-attorney or gives testimony before a hearing committee or special master in a proceeding conducted pursuant to the Enforcement Rules, shall be immune from civil suit based upon such communication or testimony.

April 29, 2020
(Date)

(Your Signature)

# Attachment A

1. Agency:           San Diego County, California, District Attorney's Office
   Contact person:   Summer Stephan
   Date filed:       Criminal complaint filed April 10, 2020, by USPS Registered Mail RB 414 473 474 US
   Result:           Ongoing criminal investigation; Case No. 2020CS0014; received by San Diego County D.A. 8:09 A.M. April 15, 2020 (Proof of Delivery attached)

2. Agency:           Orange County, California, District Attorney's Office
   Contact person:   Todd Spitzer
   Date filed:       Criminal complaint filed April 10, 2020, by USPS Registered Mail RB 414 473 488 US
   Result:           Received by San Diego County D.A. 8:41 A.M. April 16, 2020 (Proof of Delivery attached)

3. Agency:           U.S. Attorney for the Southern District of California
   Contact person:   Robert S. Brewer, Jr.
   Date filed:       Criminal complaint filed April 10, 2020, by USPS Registered Mail RB 414 473 491 US
   Result:           Received by U.S. Attorney 2:17 P.M. April 14, 2020 (Proof of Delivery attached)

4. Agency:           U.S. Attorney for the District of New Jersey
   Contact person:   Craig Carpenito
   Date filed:       Criminal complaint filed April 10, 2020, by USPS Registered Mail RR 522 099 796 US
   Result:           Received by U.S. Attorney 1:20 P.M. April 17, 2020 (Proof of Delivery attached)

Form DB-2
Rev. 12/13/2017

# THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

## COMPLAINT FORM

*(Please Type or Print)*                                        Date: April 24, 2020

## YOUR INFORMATION:

Name: (Mr.) Mrs. Miss/Ms. *Last*: Castro          *First*: Gilbert          *MI*: G.   *Suffix*: _____

Address: *Str* Confidential

Telephone: _____   *Email*: _____

## ATTORNEY COMPLAINED OF:

Name: *Last*: Klein          *First*: David          *MI*: A.   *Suffix*: _____

Office Address: *Street*: 1526 Pine Street   *City*: Philadelphia   *State*: PA   *ZIP*: 19103

Telephone: (856) 428-3353   *County*: Philadelphia

## LITIGATION:

If the attorney complained of represented or represents you in litigation (civil or criminal) please provide the caption, court, and docket number of the case.

N/A

## PRIOR COMPLAINTS CONCERNING THIS MATTER OR THIS ATTORNEY:

Have you previously filed a complaint concerning this matter or this attorney with the Disciplinary Board, a Bar Association or its Fee Dispute Committee, any District Justice, Court, District Attorney, or any other agency or office?

YES ☑   NO ☐.   If so, please identify the agency and specify the date and nature of your complaint and the action taken by the agency:

See Attachment A.

**INSTRUCTIONS:**

A written and signed statement of the facts must be filed with the Disciplinary Board before your complaint can be considered. Therefore, under *Statement of Complaint*, please fully and completely set forth the facts and circumstances of your complaint, including relevant dates, contacts you made with the attorney, the fee arrangement, dates and amounts paid to the attorney, services to be performed, the names and addresses of other individuals involved in the legal matter, *exactly what conduct you believe is unethical or illegal*, etc.

*Please attach copies of all correspondence and/or documents relating to your case.* If you send original documents and wish them returned to you, check here _____. If you have not attached any documentation, please explain why:

_____

_____

**STATEMENT OF COMPLAINT:** (Note: Attach as many additional pages as necessary to fully set forth all of the relevant facts and circumstances surrounding your complaint.)

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (formerly located in San Diego County, California, and now in Orange County, California), who by deception with intent to defraud me of money, sold me for $11,894.78, "services" I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter). Upon discovery of the fraud Complainant on February 14, 2020, made written demand of David Alan Klein by USPS Priority Mail 9114 9014 9645 0948 4953 88 for return of the swindled funds, upon receipt of which demand David Alan Klein remained silent.

FACTS: See enclosed criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the San Diego and Orange County, California, District Attorneys and U.S. Attorney for the Southern District of California April 10, 2020, by USPS Registered Mail (Proof of Delivery attached).

**CONFIDENTIALITY:**

Staff of the Office of Disciplinary Counsel (ODC) and the Board are required to maintain the confidentiality of complaints and related investigations and proceedings unless and until one of the exceptions to confidentiality, as set forth in Enforcement Rule 402, applies. ODC staff may interview the respondent-attorney or other persons who may have information that is relevant to your complaint, and may disclose information when disclosure is permitted or required by Court or Board Rules.

**IMMUNITY:**

Enforcement Rule 209(a) provides that any person who communicates with Disciplinary Counsel or the Board relating to misconduct by a respondent-attorney or gives testimony before a hearing committee or special master in a proceeding conducted pursuant to the Enforcement Rules, shall be immune from civil suit based upon such communication or testimony.

_____          _____
(Date)                                              (Your Signature)

# Attachment A

1. Agency:            San Diego County, California, District Attorney's Office
   Contact person:    Summer Stephan
   Date filed:        Criminal complaint filed April 10, 2020, by USPS Registered Mail
                      RB 414 473 474 US
   Result:            Ongoing criminal investigation; Case No. 2020CS0014; received by
                      San Diego County D.A. 8:09 A.M. April 15, 2020 (Proof of Delivery
                      attached)

2. Agency:            Orange County, California, District Attorney's Office
   Contact person:    Todd Spitzer
   Date filed:        Criminal complaint filed April 10, 2020, by USPS Registered Mail
                      RB 414 473 488 US
   Result:            Received by San Diego County D.A. 8:41 A.M. April 16, 2020 (Proof
                      of Delivery attached)

3. Agency:            U.S. Attorney for the Southern District of California
   Contact person:    Robert S. Brewer, Jr.
   Date filed:        Criminal complaint filed April 10, 2020, by USPS Registered Mail
                      RB 414 473 491 US
   Result:            Received by U.S. Attorney 2:17 P.M. April 14, 2020 (Proof of
                      Delivery attached)

Form DB-2
Rev. 12/13/2017

# THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

## COMPLAINT FORM

*(Please Type or Print)*

Date: **April 24, 2020**

## YOUR INFORMATION:

Name: Mr./Mrs./Miss/Ms. *Last:* **Martinez**  *First:* **Renee**  *MI:* **D.**  *Suffix:* _____

Address: **Confidential**

Telephone _____

## ATTORNEY COMPLAINED OF:

Name: *Last:* **Klein**  *First:* **David**  *MI:* **A.**  *Suffix:* _____

Office Address: *Street:* **1526 Pine Street**  *City:* **Philadelphia**  *State:* **PA**  *ZIP:* **19103**

Telephone: **(856) 428-3353**  County: **Philadelphia**

## LITIGATION:

If the attorney complained of represented or represents you in litigation (civil or criminal) please provide the caption, court, and docket number of the case.

N/A

## PRIOR COMPLAINTS CONCERNING THIS MATTER OR THIS ATTORNEY:

Have you previously filed a complaint concerning this matter or this attorney with the Disciplinary Board, a Bar Association or its Fee Dispute Committee, any District Justice, Court, District Attorney, or any other agency or office?

YES **■**  NO **☐**.  If so, please identify the agency and specify the date and nature of your complaint and the action taken by the agency:

See Attachment A.

**INSTRUCTIONS:**

A written and signed statement of the facts must be filed with the Disciplinary Board before your complaint can be considered. Therefore, under *Statement of Complaint*, please fully and completely set forth the facts and circumstances of your complaint, including relevant dates, contacts you made with the attorney, the fee arrangement, dates and amounts paid to the attorney, services to be performed, the names and addresses of other individuals involved in the legal matter, *exactly what conduct you believe is unethical or illegal*, etc.

*Please attach copies of all correspondence and/or documents relating to your case.* If you send original documents and wish them returned to you, check here _____. If you have not attached any documentation, please explain why:

_____

_____

**STATEMENT OF COMPLAINT:** (Note: Attach as many additional pages as necessary to fully set forth all of the relevant facts and circumstances surrounding your complaint.)

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (formerly located in San Diego County, California, now in Orange County, California), who by deception with intent to defraud me of money, sold me for $13,397.68, "services" I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter). Upon discovery of the fraud Complainant on March 2, 2020, made written demand of David Alan Klein by USPS Priority Mail 9114 9014 9645 0948 3698 26 for return of the swindled funds, to which demand David Alan Klein remained silent.

FACTS: See enclosed criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the San Diego and Orange County, California, District Attorneys and U.S. Attorneys for the Southern District of California and District of New Jersey April 10, 2020, by USPS Registered Mail (Proof of Delivery attached).

**CONFIDENTIALITY:**

Staff of the Office of Disciplinary Counsel (ODC) and the Board are required to maintain the confidentiality of complaints and related investigations and proceedings unless and until one of the exceptions to confidentiality, as set forth in Enforcement Rule 402, applies. ODC staff may interview the respondent-attorney or other persons who may have information that is relevant to your complaint, and may disclose information when disclosure is permitted or required by Court or Board Rules.

**IMMUNITY:**

Enforcement Rule 209(a) provides that any person who communicates with Disciplinary Counsel or the Board relating to misconduct by a respondent-attorney or gives testimony before a hearing committee or special master in a proceeding conducted pursuant to the Enforcement Rules, shall be immune from civil suit based upon such communication or testimony.

april 30, 2020
(Date)

(Your Signature)

# Attachment A

1. Agency:            San Diego County, California, District Attorney's Office
   Contact person:    Summer Stephan
   Date filed:        Criminal complaint filed April 10, 2020, by USPS Registered Mail RB 414 473 474 US
   Result:            Ongoing criminal investigation; Case No. 2020CS0014; received by San Diego County D.A. 8:09 A.M. April 15, 2020 (Proof of Delivery attached)

2. Agency:            Orange County, California, District Attorney's Office
   Contact person:    Todd Spitzer
   Date filed:        Criminal complaint filed April 10, 2020, by USPS Registered Mail RB 414 473 488 US
   Result:            Received by San Diego County D.A. 8:41 A.M. April 16, 2020 (Proof of Delivery attached)

3. Agency:            U.S. Attorney for the Southern District of California
   Contact person:    Robert S. Brewer, Jr.
   Date filed:        Criminal complaint filed April 10, 2020, by USPS Registered Mail RB 414 473 491 US
   Result:            Received by U.S. Attorney 2:17 P.M. April 14, 2020 (Proof of Delivery attached)

4. Agency:            U.S. Attorney for the District of New Jersey
   Contact person:    Craig Carpenito
   Date filed:        Criminal complaint filed April 10, 2020, by USPS Registered Mail RR 522 099 796 US
   Result:            Received by U.S. Attorney 1:20 P.M. April 17, 2020 (Proof of Delivery attached)

Form DB-2
Rev. 12/13/2017

## THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

### COMPLAINT FORM

*(Please Type or Print)*                                      Date: __April 24, 2020__

**YOUR INFORMATION:**

Name: Mr./Mrs. Miss/Ms. *Last:* Perley      *First:* Glenn      *MI:* A.   *Suffix:* ____

Address: *Street* Confidential

Telephone: ____

**ATTORNEY COMPLAINED OF:**

Name: *Last:* Klein      *First:* David      *MI:* A.   *Suffix:* ____

Office Address: *Street:* 1526 Pine Street   *City:* Philadelphia   *State:* PA   *ZIP:* 19103

Telephone: (856) 428-3353      County: Philadelphia

## LITIGATION:

If the attorney complained of represented or represents you in litigation (civil or criminal) please provide the caption, court, and docket number of the case.

N/A

## PRIOR COMPLAINTS CONCERNING THIS MATTER OR THIS ATTORNEY:

Have you previously filed a complaint concerning this matter or this attorney with the Disciplinary Board, a Bar Association or its Fee Dispute Committee, any District Justice, Court, District Attorney, or any other agency or office?

YES ■   NO ☐ . If so, please identify the agency and specify the date and nature of your complaint and the action taken by the agency:

See Attachment A.

**INSTRUCTIONS:**

A written and signed statement of the facts must be filed with the Disciplinary Board before your complaint can be considered. Therefore, under *Statement of Complaint*, please fully and completely set forth the facts and circumstances of your complaint, including relevant dates, contacts you made with the attorney, the fee arrangement, dates and amounts paid to the attorney, services to be performed, the names and addresses of other individuals involved in the legal matter, *exactly what conduct you believe is unethical or illegal*, etc.

*Please attach copies of all correspondence and/or documents relating to your case*. If you send original documents and wish them returned to you, check here _____. If you have not attached any documentation, please explain why:

_____

_____

**STATEMENT OF COMPLAINT:** (Note: Attach as many additional pages as necessary to fully set forth all of the relevant facts and circumstances surrounding your complaint.)

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (formerly located in San Diego County, California, now in Orange County, California), who by deception with intent to defraud me of money, sold me for $33,075.00, "services" I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter). For the purpose of executing said fraud, David Alan Klein on June 29, 2018, sent Complainant by wire communication in interstate commerce certain writings, attached hereto as, collectively, Attachment B.

FACTS: See enclosed criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the San Diego and Orange County, California, District Attorneys and U.S. Attorneys for the Southern District of California and District of New Jersey April 10, 2020, by USPS Registered Mail (Proof of Delivery attached).

**CONFIDENTIALITY:**

Staff of the Office of Disciplinary Counsel (ODC) and the Board are required to maintain the confidentiality of complaints and related investigations and proceedings unless and until one of the exceptions to confidentiality, as set forth in Enforcement Rule 402, applies. ODC staff may interview the respondent-attorney or other persons who may have information that is relevant to your complaint, and may disclose information when disclosure is permitted or required by Court or Board Rules.

**IMMUNITY:**

Enforcement Rule 209(a) provides that any person who communicates with Disciplinary Counsel or the Board relating to misconduct by a respondent-attorney or gives testimony before a hearing committee or special master in a proceeding conducted pursuant to the Enforcement Rules, shall be immune from civil suit based upon such communication or testimony.

_____              _____
(Date)                                                      (Your Signature)

# Attachment A

1. Agency:          San Diego County, California, District Attorney's Office
   Contact person:  Summer Stephan
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RB 414 473 474 US
   Result:          Ongoing criminal investigation; Case No. 2020CS0014; received by
                    San Diego County D.A. 8:09 A.M. April 15, 2020 (Proof of Delivery
                    attached)

2. Agency:          Orange County, California, District Attorney's Office
   Contact person:  Todd Spitzer
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RB 414 473 488 US
   Result:          Received by San Diego County D.A. 8:41 A.M. April 16, 2020 (Proof
                    of Delivery attached)

3. Agency:          U.S. Attorney for the Southern District of California
   Contact person:  Robert S. Brewer, Jr.
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RB 414 473 491 US
   Result:          Received by U.S. Attorney 2:17 P.M. April 14, 2020 (Proof of
                    Delivery attached)

4. Agency:          U.S. Attorney for the District of New Jersey
   Contact person:  Craig Carpenito
   Date filed:      Criminal complaint filed April 10, 2020, by USPS Registered Mail
                    RR 522 099 796 US
   Result:          Received by U.S. Attorney 1:20 P.M. April 17, 2020 (Proof of
                    Delivery attached)

ATTACHMENT B

Please sign General End of Services Release Clients

From:  Eric Kittler (echosign@echosign.com)

To:  @yahoo.com

Date:  Friday, June 29, 2018, 08:02 PM PDT

 Adobe Sign

# Eric Kittler Has Sent You **General End of Services Release Clients** to Sign

Eric Kittler (Resort Advisory Group) says:
*"Please review and complete General End of
Services Release Clients. Please review and submit,
but one at a time. Please sign where indicated, and
then click the button that appears at the bottom
to submit the document. It will then be sent back
to this very same email inbox. Have you spouse
open and sign beneath your signature.*

*Thank you,.* "

Click here to review and sign General End of
Services Release Clients.

After you sign **General End of Services Release
Clients,** the agreement will be sent to
**cgperley3@yahoo.com.** Then, all parties will
receive a final PDF copy by email.

If you need to delegate this document to an
authorized party for signature, **please do not
forward this email.** Instead, click here to delegate.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

Please sign General End of Services Release Clients

From:  Eric Kittler (echosign@echosign.com)

To:         @yahoo.com

Date:  Friday, June 29, 2018, 08:02 PM PDT

 Adobe Sign

# Eric Kittler Has Sent You **General End of Services Release Clients** to Sign

Eric Kittler (Resort Advisory Group) says:
*"Please review and complete General End of Services Release Clients, but one at a time. Sign where indicated, and the click the button to submit the document.*

*It will then be sent back to this same email inbox, but when you open it up, you will see your spouse's signature already there. Sign underneath your spouse.*

*Thank you. "*

Click here to review and sign General End of Services Release Clients.

After you sign **General End of Services Release Clients**, the agreement will be sent to **cgperley3@yahoo.com**. Then, all parties will receive a final PDF copy by email.

If you need to delegate this document to an authorized party for signature, **please do not forward this email.** Instead, click here to delegate.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.



**RESORT ADVISORY**
—— GROUP ——

# Release and Settlement Agreement

This Release and Settlement Agreement is made on June 29th, 2018 by and among
Glenn A. Perley and Connie L. Theunick-Perley ("Clients") and/or any successors and Resort
Advisory Group ("RA-Group"). The Clients and RA-Group (collectively, the "Parties")
desire fully, finally and forever to resolve, discharge, and release any and all claims
arising under or related to the subject matter of the Services Agreement entered into
by RA-Group and the Clients on June 21, 2017 on the terms and
conditions of this Release and Settlement Agreement as follows:

Now therefore, for and in consideration of the mutual covenants contained in
this Release and Settlement Agreement, the receipt and adequacy of which are hereby
acknowledged, the Clients and RA-Group, each intending to be legally bound, hereby
agree as follows:

1. **Releases**
   a. The term of the Services Agreement, Section 2 Term; (i), is considered
      satisfied and achieved and no further Services are to be performed nor
      expected from RA-Group.
   b. Section 5 Guarantee, the Clients agree that since the Services Agreement
      is considered satisfied and achieved, this section is then considered
      discharged and released.

2. **Acknowledgement and Absence of Claims**
   The Clients acknowledge final and complete settlement and satisfaction of the
   Services Agreement, and acknowledge final and complete settlement and
   satisfaction of all Activities.

### 3. Miscellaneous

The Parties are bound by this mutual release and Settlement agreement. Anyone who succeeds to the Parties' respective rights and responsibilities such as, but not limited to, heirs or the executor of the Parties' estates, as well as any successor entities, are also bound. This Mutual Release and Settlement Agreement is made for the benefit of the Parties and shall inure to the benefit of all who succeed to their rights and responsibilities.

a. This Mutual Release and Settlement Agreement shall be governed by, and construed in accordance with, the laws of the State of California applicable to agreements made and to be performed within such state.

b. This Mutual Release and Settlement Agreement represents the entire agreement and understanding among the Parties hereto and no oral or written representations or promises have been made with respect thereto. This Mutual Release and Settlement Agreement may not be modified or altered orally. Any changes or modifications to this Mutual Release and Settlement Agreement shall be in writing and signed by all parties.

c. The Parties have read this Mutual Release and Settlement Agreement and understand its terms and conditions and agree to be bound by the same.

d. This document may be signed in any number of counterparts with the same effect as if the signatures thereto and hereto were made on the same instrument. The facsimile transmission of a signed copy of this document shall constitute delivery of the signed document. This Mutual Release and Settlement Agreement will become effective when counterparts have been signed by all of the parties.

e. The Parties represent and acknowledge that they have read this entire Mutual Release and Settlement Agreement, fully understand all of its terms and effects, and are entering into it knowingly, voluntarily, and of their own free will. The Parties further represent and acknowledge that none of the parties have made any representations, statements, promises, inducements, threats, or suggestions to influence them to sign this document, except those statements which are expressly set forth herein.

READ, AGREED TO AND ACCEPTED BY:

Resort Advisory Croup                                    "Clients"

*Eric Kittler*

By: Eric Kittler (Jun 29, 2018)                          Sign: _____

An Authorized Signatory

Print: Eric Kittler                                      Print: _____

Date: Jun 29, 2018                                       Date: _____


                                                         Sign: _____

                                                         Print: _____

                                                         Date: _____

Form DB-2
Rev. 12/13/2017

## THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

COMPLAINT FORM

*(Please Type or Print)*                                           Date: _____

### YOUR INFORMATION:

Mr./Mrs.
Name: Miss/Ms. *Last:* Abel               *First:* Herman          *MI:* D.   *Suffix:* ____

Address: *Street:*        Confidential

Telephone:

### ATTORNEY COMPLAINED OF:

Name: *Last:* Klein                        *First:* David           *MI:* A   *Suffix:* ____

Office Address: *Street:* 1526 Pine Street    *City:* Philadelphia    *State:* PA  *ZIP:* 19103

Telephone: (856) 428-3383                  County: Philadelphia

### LITIGATION:

If the attorney complained of represented or represents you in litigation (civil or criminal) please provide the caption, court, and docket number of the case.

_____

_____

### PRIOR COMPLAINTS CONCERNING THIS MATTER OR THIS ATTORNEY:

Have you previously filed a complaint concerning this matter or this attorney with the Disciplinary Board, a Bar Association or its Fee Dispute Committee, any District Justice, Court, District Attorney, or any other agency or office?

YES ■   NO ☐ .   If so, please identify the agency and specify the date and nature of your complaint and the action taken by the agency:

Multiple District Attorneys and one U.S. Attorney; see Attachment A

_____

_____

**INSTRUCTIONS:**

A written and signed statement of the facts must be filed with the Disciplinary Board before your complaint can be considered. Therefore, under *Statement of Complaint*, please fully and completely set forth the facts and circumstances of your complaint, including relevant dates, contacts you made with the attorney, the fee arrangement, dates and amounts paid to the attorney, services to be performed, the names and addresses of other individuals involved in the legal matter, *exactly what conduct you believe is unethical or illegal*, etc.

*Please attach copies of all correspondence and/or documents relating to your case.* If you send original documents and wish them returned to you, check here _____. If you have not attached any documentation, please explain why:

_____

_____

**STATEMENT OF COMPLAINT:** (Note: Attach as many additional pages as necessary to fully set forth all of the relevant facts and circumstances surrounding your complaint.)

OVERVIEW: David Alan Klein is general counsel of so-called timeshare exit company Resort Advisory Group (located in Orange County, California), who by deception with intent to defraud me of money, sold me for $78,500.00, alleged "services" which I did not need and which could not be delivered by Resort Advisory Group by reason of impossibility (nothing in the subject matter) and who refused to return the swindled funds. One of the criminal offenses with which Mr. Klein is charged and of which there is evidence is called "criminal profiteering" in California, "racketeering" or "organized crime" in other states.

FACTS: See attached criminal complaints sworn to as true, correct, and complete before an officer of the state authorized to administer oaths, and lodged with the appropriate authority.

**CONFIDENTIALITY:**

Staff of the Office of Disciplinary Counsel (ODC) and the Board are required to maintain the confidentiality of complaints and related investigations and proceedings unless and until one of the exceptions to confidentiality, as set forth in Enforcement Rule 402, applies. ODC staff may interview the respondent-attorney or other persons who may have information that is relevant to your complaint, and may disclose information when disclosure is permitted or required by Court or Board Rules.

**IMMUNITY:**

Enforcement Rule 209(a) provides that any person who communicates with Disciplinary Counsel or the Board relating to misconduct by a respondent-attorney or gives testimony before a hearing committee or special master in a proceeding conducted pursuant to the Enforcement Rules, shall be immune from civil suit based upon such communication or testimony.

_4/. 16. 2020_
(Date)

_____
(Your Signature)

## Attachment A

1. Agency:     San Diego County, California, District Attorney's Office
   Date filed:   Criminal complaint filed March 20, 2020, by USPS
   Registered Mail RR 522 099 819 US
   Result:     Ongoing criminal investigation, Case No. 2020CS0014,
   Received by San Diego County DA March 24, 2020,
   Proof of Delivery attached

2. Agency:     Orange County, California, District Attorney's Office
   Date filed:   Criminal complaint filed March 20, 2020, by USPS
   Registered Mail RR 522 099 822 US
   Result:     Received by Orange County DA March 24, 2020, Proof
   of Delivery attached

3. Agency:     U.S. Attorney's Office, Central District of California
   Date filed:   Criminal complaint filed March 20, 2020, by USPS
   Registered Mail RR 522 099 836 US
   Result:     Received by U.S. Attorney March 24, 2020, Proof of
   Delivery attached

4. Agency:     Camden County, New Jersey, District Attorney's Office
   Date filed:   Criminal complaint filed March 23, 2020, by USPS
   Registered Mail RB 414 515 713 US
   Result:     Received by Camden County DA March 27, 2020, Proof
   of Delivery attached