**THE ALTMAN LAW GROUP**
Bryan C. Altman (SBN 122976)
10250 Constellation Blvd. Suite 2500
Los Angeles, CA 90067
Telephone: (310) 277-8481
Fax: (310) 277-8483
bryan@altmanlawgroup.net

**LAW OFFICES OF WILIAM I. ROTHBARD**
William I. Rothbard (SBN 72447)
2333 Canyonback Rd.
Los Angeles, CA 90049
Telephone: (310) 453-8713
Email: Bill@Rothbardlaw.com

Attorneys for Plaintiffs
Intermarketing Media, LLC d/b/a
Resort Advisory Group, Law Offices of David Alan Klein,
and David Alan Klein, Esquire

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERMARKETING MEDIA, LLC, a Wyoming limited liability company dba RESORT ADVISORY GROUP; LAW OFFICES OF DAVID ALAN KLEIN, P.C.; and DAVID ALAN KLEIN, ESQUIRE, <br><br> Plaintiffs, <br><br> vs. <br><br> BRENT DAVID BARLOW, an individual; BARLOW & ASSOCIATES, a law firm; COOPERATIVE DISPUTE RESOLUTION SOCIETY (unknown entity type/location); PHOENIX INVESTMENTS ALLIANCE, LLC, a limited liability company; ATTFUND | CASE NO.: 8:20-cv-00889 JLS(DFMx) <br><br> DECLARATION OF CHRISTOPHER URNER IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL |

1
**DECLARATION OF CHRISTOPHER URNER ISO APPLICATION FOR LEAVE TO SEAL**

| | |
|---|---|
| 1  | (unknown entity type/location); CASE IN ) |
| 2  | CHIEF LLC, a California Limited ) |
|    | Liability Company; JOHN PRESSNEY, ) |
| 3  | PAMELA PRESSNEY, HERMAN ) |
|    | ABEL, DEBORA ABEL, MORRIS ) |
| 4  | HANNAH, VIRGINIA HANNAH, LEE ) |
| 5  | HARRIS TURK, BERNARDO ) |
|    | BETTINELLI, CAROL BETTINELLI, ) |
| 6  | LARI CASTLE, GILBERT CASTRO, ) |
| 7  | EVA CASTRO, PAUL MARTNEZ, ) |
|    | RENEE MARTINEZ, ROBERT |
| 8  | ZIMMERMANN, MARY |
| 9  | ZIMMERMAN, GLENN PERLEY AND |
|    | CONNIE PERLEY, each an individual, |
| 10 | |
| 11 | Defendants. |

2

**DECLARATION OF CHRISTOPHER URNER ISO APPLICATION FOR LEAVE TO SEAL**

I, Christopher Urner, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California. I am an associate at the law firm of Altman Law Group, and counsel of record for Plaintiffs Resort Advisory Group, Law Offices of David Alan Klein, P.C., and David Alan Klein, Esq. ("Plaintiffs"). The following statements are based upon my own personal knowledge, and if called as a witness, I could testify thereto.

2. Pursuant to Civil Local Rules 79-5, I make this declaration in support of Plaintiffs' Application for leave to file documents related to their Temporary Restraining Order and Complaint Under Seal. Specifically, Plaintiffs are seeking an order to seal portions the following documents:

   **Document 1**: Attachment 8 to Amended Complaint, Dkt. 9.

   **Document 2**: Attachment 14 to Temporary Restraining Order, Dkt. 10.

3. The following portions or pages of the above two documents are requested to be filed under seal:

   a. Pages 2, 3: in their entirety, or alternatively, the highlighted portions.

   b. Page 4: identifying information only, highlighted.

   c. Pages 7, 8: in their entirety, or alternatively, the highlighted portions.

   d. Page 9: identifying information only, highlighted.

   e. Pages 11, 12: in their entirety, or alternatively, the highlighted portions.

   f. Page 13: identifying information only, highlighted.

    g. Pages 15, 16: in their entirety, or alternatively, the highlighted portions.

    h. Page 17: identifying information only, highlighted.

    i. Pages 19, 20: in their entirety, or alternatively, the highlighted portions.

    j. Page 21: identifying information only, highlighted.

    k. Pages 28, 29: in their entirety, or alternatively, the highlighted portions.

    l. Page 30: identifying information only, highlighted.

    m. Pages 32, 33: in their entirety, or alternatively, the highlighted portions.

    n. Pages 35, 36: in their entirety, or alternatively, the highlighted portions.

    o. Page 37: identifying information only, highlighted.

    p. Pages 40, 41: in their entirety, or alternatively, the highlighted portions.

    q. Page 42: identifying information only, highlighted.

    r. Pages 44, 45: in their entirety, or alternatively, the highlighted portions.

    s. Page 46: identifying information only, highlighted.

    t. Pages 48, 49: in their entirety, or alternatively, the highlighted portions.

    u. Page 50: identifying information only, highlighted.

    v. Pages 52, 53: in their entirety, or alternatively, the highlighted portions.

    w. Page 54: identifying information only, highlighted.

    x. Pages 61, 62: in their entirety, or alternatively, the highlighted portions.

    y. Page 63: identifying information only, highlighted.

4. Plaintiffs are filing this Application because the exhibits attached to both the Complaint and Temporary Restraining order contain scandalous, highly

damaging allegations made by various Defendants against Attorney Klein as part of their planned extortion and vendetta against Plaintiffs. The virtually identical wording of supposedly "independent" allegations in multiple states by individual clients of Resort Advisory Group is one element of proof of the intentionally collusive and duplicative nature behind the false allegations.

5. These purposefully false allegations, contained in the above documents, are deemed confidential by the respective state bars until investigated and acted upon. Upon information and belief, it is my understanding that none of the confidential allegations has been acted upon by any state bar.

6. It would be substantially embarrassing and highly damaging to Mr. Klein to have these false allegations publicly published, and would further the damage already inflicted by Defendants as part of their scheme to extort Plaintiffs.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 22nd day of May, 2020 in Los Angeles, California.

___/s/ Christopher Urner_____

Christopher J. Urner

5
**DECLARATION OF CHRISTOPHER URNER ISO APPLICATION FOR LEAVE TO SEAL**