# DENIED
## BY ORDER OF THE COURT

**FILED**
SEP 16, 2020
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___MKU___
Deputy Clerk, U.S. District Court

Pursuant to FRCP Rule 26(a)(1)(C), no court order is necessary where the parties have entered into a stipulation.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERMARKETING MEDIA, LLC, a Wyoming limited liability company dba RESORT ADVISORY GROUP; LAW OFFICES OF DAVID ALAN KLEIN, P.C.; and DAVID ALAN KLEIN, ESQUIRE,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENT DAVID BARLOW, an individual et al.,<br><br>Defendants. | CASE NO.: 8:20-cv-00889-JLS (DFMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF PARTIES TO EXTEND TIME FOR INITIAL 26(a) DISCLOSURES**<br><br>Time: n/a<br>Date: September 10, 2020<br>Department: 10A |

- 1 -
[PROPOSED] ORDER GRANTING JOINT STIPULATION OF PARTIES TO EXTEND TIME FOR INITIAL 26(a) DISCLOSURES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having read the Joint Stipulation agreeing to mutually extend the time to provide initial disclosures pursuant to F.R.C.P Rule 26(a), the Court makes the following orders:

1. The Court accepts the stipulated alternative date for the exchange of initial disclosures between Plaintiffs and Defendants, set to a date ten (10) days after the date of approval of this stipulation by the Court.

2. The Court additionally makes the following Orders:

_____

_____

Dated: _____        _____
                                                                    Judge JOSEPHINE L. STATON

Prepared By:

**THE ALTMAN LAW GROUP**
Bryan C. Altman (SBN 122976)
Christopher Urner (SBN 311532)
Diba Alemi (SBN 320986)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 277-8481
Fax: (310) 277-8483

Attorneys for Plaintiffs