**DENIED**
BY ORDER OF THE COURT

After the parties' filed their stipulation to modify the Scheduling Order, the Court ruled on Defendants' motions to dismiss and strike, which may impact the scope of discovery in this action. Accordingly, the stipulation is DENIED WITHOUT PREJUDICE to refiling a request that shows good cause for continuance of deadlines in light of the Court's recent ruling.          5/10/2021 - JOSEPHINE L. STATON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERMARKETING MEDIA, LLC, a Wyoming limited liability company dba RESORT ADVISORY GROUP; LAW OFFICES OF DAVID ALAN KLEIN, and DAVID ALAN KLEIN, ESQUIRE**<br><br>            Plaintiffs,<br><br>     v.<br><br>**BRENT DAVID BARLOW, an individual et al.,**<br><br>            Defendants. | CASE NO.:  8:20-cv-00889-JLS (DFMx)<br><br>Honorable Josephine L. Staton<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FACT DISCOVERY CUTOFF AND RELATED CASE SCHEDULING DATES** |

The Court, having considered Plaintiffs Intermarketing Media, LLC, d/b/a Resort Advisory Group, Law Offices of David Alan Klein, and David Alan Klein's ("Plaintiffs") and Defendants (collectively, the "Parties") Joint Stipulation to Continue Fact Discovery Cutoff Date and Related Case Scheduling Dates as outlined below, and having found that the public interest would be served by amending the fact discovery cutoff date and Case Schedule as proposed, hereby orders that the Joint Stipulation is **GRANTED** and the Case Schedule be amended as follows:

| Matter | Date |
|---|---|
| Percipient/Fact Discovery Cut-off: | 09/29/2021 |
| Last Day to Serve Initial Expert Reports | 10/18/2021 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine) | 10/18/2021 |
| Last Day to Serve Rebuttal Expert Reports | 11/15/2021 |
| Last Day to Conduct Settlement Proceedings | 12/06/2021 |
| Expert Discovery Cut-off | 12/13/2021 |
| Last Day to File Daubert Motions | 12/20/2021 |
| Last Day to File Other Motions in Limine (Excluding Daubert Motions) | 01/10/2021 |
| Final Pretrial Conference (10:30 a.m.) | 02/07/2021 |
| Preliminary Trial Estimate | 20 days |

//
//

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FACT DISCOVERY CUTOFF AND RELATED CASE SCHEDULING DATES

**IT IS SO ORDERED.**

Dated: _____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FACT DISCOVERY CUTOFF AND RELATED CASE SCHEDULING DATES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FACT DISCOVERY CUTOFF AND RELATED CASE SCHEDULING DATES