_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00889-JLS-DFM                                               Date: April 15, 2022
Title:  Intermarketing Media, LLC et al v. Brent David Barlow et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| D. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

     The Final Pretrial Conference in this case is scheduled for Friday, April 22, 2022. (*See* Doc. 149.)  Per the Local Rules, the Parties' Memoranda of Contentions of Fact and Law were due April 1, 2022, *see* L.R. 16-4, and the Parties' Final Pretrial Conference order was due April 11, 2022, *see* L.R. 16-7.  To date, no party has filed either of these documents.  Plaintiffs are ORDERED to show cause no later than **Monday, April 25, 2022** why this action should not be dismissed in its entirety for failure to prosecute.

                                             Initials of Deputy Clerk:  dr