JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:20-cv-00889-JLS-DFM　　　　　　　　　　　　　Date: May 03, 2022
Title: Intermarketing Media, LLC et al v. Brent David Barlow et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| D. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:
Not Present　　　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE**

　　On April 15, 2022, the Court issued an Order to Show Cause re Dismissal for Failure to Prosecute when the remaining parties to this action failed to timely file the requisite documents in advance of the scheduled date of the Final Pretrial Conference in this case. (OSC, Doc. 158.) Plaintiffs filed a Notice of Non-Opposition. (Doc. 160.) Plaintiffs state that they "do not oppose the dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b)," "but request that the dismissal be made without prejudice." (Id. at 1-2.) Defendant Brent David Barlow filed a Reply to the Notice of Non-Opposition, stating that while he "does not oppose the Court dismissing this action," he "requests this Court dismiss the instant action, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b)." (Reply, Doc. 161, at 1-2.)

　　The Court has considered the Parties' positions and DISMISSES this action, in its entirety, WITH PREJUDICE. Federal Rule of Civil Procedure 41(b) states that the failure to prosecute ordinarily "operates as an adjudication on the merits." Moreover, given the late stage at which Plaintiffs have agreed to dismiss this action, the Court finds that the Defendant would be unduly prejudiced by a dismissal without prejudice.

　　IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:20-cv-00889-JLS-DFM						Date: May 03, 2022
Title:  Intermarketing Media, LLC et al v. Brent David Barlow et al

Initials of Deputy Clerk: droj