Dana Delman, Esq. (SBN 167307)
John Vukmanovic, Esq. (SBN 213442)
DELMAN VUKMANOVIC LLP
19200 Von Karman Avenue, 6th Floor
Irvine, California 92612
Telephone: (949) 852-3590

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERMARKETING MEDIA, LLC, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>BRENT DAVID BARLOW, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:20-cv-00889-JLS-DFM<br><br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of Los Angeles

☐ State of _____, County of _____

I, John Vukmanovic hereby state under penalty of perjury that,

1. Judgment for $ 24,570.00 was entered on 11/4/2021 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of John Pressney, Pamela Pressney, Lee Harris Turk as Judgment Creditor, and against Plaintiffs as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 1,815.72 accrued interest, computed at 10 % *(See note.)*
   $ _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Irvine, State of California, this 1st date of August, 2022.

_____
Signature

*****Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION