Dana Delman, Esq. (SBN 167307)
John Vukmanovic, Esq. (SBN 213442)
DELMAN VUKMANOVIC LLP
19200 Von Karman Avenue, 6th Floor
Irvine, CA 92612
Telephone: (949) 852-3590
Facsimile: (310) 300-1017
Email: dana@delvuklaw.com
       john@delvuklaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERMARKETING MEDIA, LLC, et al.<br><br>Plaintiff(s)<br><br>v.<br>BRENT DAVID BARLOW, et al<br><br>Defendant(s) | CASE NUMBER:<br>CV- **8:20-cv-00889-JLS-DFM**<br><br>**WRIT OF EXECUTION** |

**TO:    THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On __November 4, 2021__ a judgment was entered in the above-entitled action in favor of:

Defendants John Pressney, Pamela Pressney, Herman Abel, Debora Abel, Morris Hannah, Virginia Hannah, Lee Harris Turk, Bernardo Bettinelli, Carol Bettinelli, Lari Castle, Gilbert Castro, Eva Castro, Paul Martinez, Renee Martinez, Glenn Perley and Connie Perley

as Judgment Creditor and against:

Plaintiffs Intermarketing Media, LLC dba Resort Advisory Group, Law Offices of David Klein, and David Alan Klein, Esq

as Judgment Debtor, for:

$ _____ Principal,
$ ___24,570.00___ Attorney Fees,
$ _____ Interest **, and
$ _____ Costs, making a total amount of
$ ___24,570.00___ **JUDGMENT AS ENTERED**

**\*\*NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the Central        District of California        ,** to wit:

$ __1,815.72__ accrued interest, and

$ _____ accrued costs, making a total of

$ __1,815.72__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __26,385.72__ **ACTUALLY DUE** on the date of the issuance of this writ of which

$ __26,385.72__ Is due on the judgment as entered and bears interest at __10__ percent per annum, in the amount of $ __6.73__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: __08/01/2022__        By: _____

Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Intermarketing Media, LLC
c/o Gotfredson & Associates
1642 Westwood Boulevard
3rd Floor
Los Angeles, CA 90024
```

```
Law Offices of David Alan Klein,
P.C.
c/o Gotfredson & Associates
1642 Westwood Boulevard
3rd Floor
Los Angeles, CA 90024
```

```
David Alan Klein
c/o Gotfredson & Associates
1642 Westwood Boulevard
3rd Floor
Los Angeles, CA 90024
```

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.